**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAYLA FRIESS, and ISSA HADDAD,
individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

Case No. 2:17-cv-14139
Hon. Denise Page Hood
Mag. Anthony P. Patti

CITY OF DETROIT,
DUNCAN SOLUTIONS, INC.,
NORMAN L. WHITE, and JAMES R. CANTY, JR,
jointly and severally, and in their individual and official capacities.

Defendants.
_______________________________________/

Shaun P. Godwin (74500)
*Attorney for Plaintiffs*
Godwin Legal Services, PLC
450 W Fort St, Ste 200
Detroit MI 48226
313-288-2826 / Fax: 313-457-1670
shaun@godwinlegal.com

Cynthia Heenan (P53664)
Hugh M. Davis (P12555)
John C. Philo (P52721)
Co-Counsel for Plaintiffs
450 W. Fort St., Ste. 200
Detroit, MI 48226
(313) 961-2255/Fax: (313) 922-5130
Heenan@ConLitPC.Com
Davis@ConLitPC.Com
Philo@ConLitPC.Com
_______________________________________/

**APPEARANCE OF JOHN C. PHILO**

PLEASE ENTER THE APPEARANCE of JOHN C. PHILO and the law offices of CONSTITUTIONAL LITIGATION ASSOCIATES, P.C., as co-counsel for Plaintiffs in the above-styled cause of action.

Respectfully submitted,

CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.

By: __*/s/John C. Philo*____

John C. Philo (P 52721)
***Co-Counsel for Plaintiffs***
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
(313) 961-2255/Fax: (313) 922-5130
Philo@ConLitPC.Com

Dated: 2/19/18

## CERTIFICATE OF SERVICE

I hereby certify that on 2/19/18, I filed ***Appearance for John C. Philo*** along with this ***Certificate of Service*** with the ECF System which will send notice to the following:

- **Shaun Godwin**
  shaun@godwinlegal.com

By:___*/s/Jillian R. Rosati*________________

Jillian R. Rosati
Constitutional Litigation Associates, P.C.
313-961-2255/Fax: 313-922-5130
Info@ConLitPC.com

F:\PNC\Detroit Parking Tickets\Pldgs\Appearance of JP (2018-02-19).docx