## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAYLA FRIESS, and ISSA HADDAD,
individually and
on behalf of all others similarly situated,

        Plaintiffs,                    Case No. 2:17-cv-14139

                                       Hon. Denise Page Hood

v.                                  Mag. Anthony P. Patti

CITY OF DETROIT,
DUNCAN SOLUTIONS, INC.,
NORMAN L. WHITE, and JAMES R. CANTY, JR,
jointly and severally, and in their individual and official capacities.

        Defendants.

_____/

Shaun P. Godwin (74500)
*Attorney for Plaintiffs*
Godwin Legal Services, PLC
450 W Fort St, Ste 200
Detroit MI 48226
313-288-2826 / Fax: 313-457-1670
shaun@godwinlegal.com

Cynthia Heenan (P53664)
Hugh M. Davis (P12555)
John C. Philo (P52721)
Co-Counsel for Plaintiffs
450 W. Fort St., Ste. 200
Detroit, MI 48226
(313) 961-2255/Fax: (313) 922-5130
Heenan@ConLitPC.Com
Davis@ConLitPC.Com
Philo@ConLitPC.Com

_____/

## APPEARANCE OF HUGH M. DAVIS

PLEASE ENTER THE APPEARANCE of HUGH M. DAVIS and the law

offices of CONSTITUTIONAL LITIGATION ASSOCIATES, P.C., as co-counsel

for Plaintiffs in the above-styled cause of action.

Respectfully submitted,

CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.

By:     __/s/Hugh M. Davis____
Hugh M. Davis(P 12555)
***Co-Counsel for Plaintiffs***
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
(313) 961-2255/Fax: (313) 922-5130
Dated: 2/19/18                Davis@ConLitPC.Com


## CERTIFICATE OF SERVICE

I hereby certify that on 2/19/18, I filed ***Appearance for Hugh M. Davis*** along with this ***Certificate of Service*** with the ECF System which will send notice to the following:

- **Shaun Godwin**
  shaun@godwinlegal.com

By:___/s/Jillian R. Rosati_____
    Jillian R. Rosati
Constitutional Litigation Associates, P.C.
    313-961-2255/Fax: 313-922-5130
    Info@ConLitPC.com

F:\PNC\Detroit Parking Tickets\Pldgs\Appearance of HMD (2018-02-19).docx