# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KAYLA FRIESS, and ISSA HADDAD, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case Number: 17-cv-14139 |
| v. | Hon. Denise Page Hood<br>Mag. Anthony P. Patti |
| CITY OF DETROIT, DUNCAN SOLUTIONS, INC., NORMAN L. WHITE, AND JAMES R. CANTY, JR., jointly and severally, and in their individual and official capacities, | |
| Defendants. | |

## NOTICE OF APPEARANCE

J. David Garcia of the law firm Young & Associates, hereby appears as counsel on behalf of Defendants, City of Detroit, Norman L. White and James R. Canty, Jr.

Dated: March 26, 2018

Respectfully submitted,

*/s/ J. David Garcia*

**RODGER D. YOUNG (P22652)**
**J. DAVID GARCIA (P60194)**
**DANIEL PALUGA (P80344)**
**YOUNG & ASSOCIATES**
27725 Stansbury Blvd. Suite 125
Farmington Hills, Michigan 48334
248.353.8620 (telephone)
248.479.7828 (facsimile)

young@youngpc.com
garcia@youngpc.com
paluga@youngpc.com

*Counsel for Defendants City of Detroit,
Norman L. White and James R. Canty, Jr.*

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

Dated: March 26, 2018

Respectfully submitted,

/s/ *J. David Garcia*
**J. DAVID GARCIA (P60194)**
**YOUNG & ASSOCIATES**
27725 Stansbury Blvd. Suite 125
Farmington Hills, Michigan 48334
248.353.8620 (telephone)
248.479.7828 (facsimile)
garcia@youngpc.com
efiling@youngpc.com