# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**KAYLA FRIESS, et al.**

      **Plaintiff,**　　　　　　　　　Case No. 17-14139

  **vs.**　　　　　　　　　　　　　　　　HON. DENISE PAGE HOOD

**CITY OF DETROIT, et al.,**

      **Defendant.**

_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on April 25, 2018, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                  S/Denise Page Hood
                  Denise Page Hood
                  Chief Judge, United States District Court

Dated: April 25, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 25, 2018, by electronic and/or ordinary mail.

                  S/LaShawn R. Saulsberry
                  Case Manager