# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KAYLA FRIESS, et al.,

    Plaintiffs,

v.

                                    Case No. 17-14139

CITY OF DETROIT, et al.,           HON. DENISE PAGE HOOD

    Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on March 27, 2019, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 27th day of March, 2019.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE